# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN PERNA, et al. | Crim. No. 20-555 (KM)(CLW) |

## ORDER

**HAVING** considered defendant Thomas Manzo's request for modification of his conditions of bail, and good cause having been shown,

**IT IS** on this __10__ day of December 2020,

**ORDERED** that Mr. Manzo's bail conditions are hereby modified to permit Mr. Manzo to travel to the State of New York, without first seeking permission from U.S. Pretrial Services, so long as Mr. Manzo returns to New Jersey between the hours of 12:00am and 6:00am.

IT IS SO ORDERED.

                                                                               s/Cathy L. Waldor
                                                                 HON. CATHY L. WALDOR, U.S.M.J.