# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Kevin McNulty |
| | : | |
| v. | : | Crim. No. 20-555 |
| | : | |
| | : | |
| THOMAS MANZO | : | |

### SCHEDULING ORDER

This matter having come before the Court for entry of a scheduling order; and the United States being represented by Rachael Honig, Acting United States Attorney for the District of New Jersey (by Kendall Randolph, Special Assistant U.S. Attorney and V. Grady O'Malley, Senior Litigation Counsel, appearing); and the Defendant Thomas Manzo being represented by counsel (Amy Luria and Michael Critchley, appearing); and, counsel for the Government and Defendant, having met and conferred and having determined that this matter requires extensive discovery within the meaning of paragraph 4 of this Court's Standing Order; and counsel for both parties having agreed on a schedule for the exchange of discovery and the filing and argument of pretrial motions; and the Court having accepted such schedule, and for good cause shown,

It is on this 27th day of January, 2021, ORDERED that:

1. The Government has represented that it has provided all exculpatory evidence, within the meaning of *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny.  Exculpatory evidence that becomes known

    to the Government shall be disclosed as soon as practicable after becoming known to the Government.

2.  The Government shall provide all further discovery required by Federal Rule of Criminal Procedure 16(a)(1) on or before February 22, 2021.

3.  The Government shall provide Notice of Expert Witnesses and a written summary of any testimony that the Government intends to use under Federal Rule of Evidence 702, 703, and 705 during its case-in-chief at trial, as defined by Federal Rule of Criminal Procedure 16(a)(1)(G) on or before May 15, 2021.

4.  Documents and Objects as defined by Federal Rule of Criminal Procedure 16(b)(1)(A) shall, to the extent practicable, be produced on or before October 4, 2021.

5.  Defendants' reports of examinations and tests as defined by Federal Rule of Criminal Procedure 16(b)(1)(B), and Notice of Expert Witnesses and a written summary of any testimony that Defendants' intends to use under Federal Rule of Evidence 702, 703, or 705 during its case-in-chief at trial, as defined by Federal Rule of Criminal Procedure 16(a)(1)(G), shall be produced on or before July 14, 2021.

6.  Defendants shall provide any and all notices required by Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 on or before July 14, 2021.

7. A status conference shall be held in August 2021 in order to assess the progress of discovery; to determine a schedule for the production of additional discovery if necessary; and to consider any discovery disputes, if necessary.

8. The following shall be the schedule for pretrial motions in this matter, with the caveat that should the present COVID pandemic continue to impede the business operation of the parties and the Court, the Court and the parties can revisit the following dates:

   a) The Defendant shall file any and all pretrial motions, pursuant to Federal Rules of Criminal Procedure 12(b) and 41(h), in the manner set forth in L. Civ. R. 7.1, on or before June 14, 2021.

   b) The Government shall file any response to the Defendant's pretrial motions on or before July 12, 2021.

   c) The Defendant shall file any reply on or before July 26, 2021.

   d) Oral argument on pretrial motions shall be on a date/time to be determined.

11. Pursuant to paragraphs 17 to 21 of the Standing Order, the Court shall, in consultation with the parties, schedule a final pretrial conference that will be held no sooner than two (2) weeks following the disposition of pretrial motions.

12. The date for trial to be determined.

/s/ Kevin McNulty
_____
HONORABLE KEVIN MCNULTY
United States District Judge