**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Kevin McNulty |
| | : | |
| v. | : | Crim. No. 20-555 |
| | : | |
| THOMAS MANZO | : | |

## AMENDED SCHEDULING ORDER

This matter having come before the Court for entry of a scheduling order; and the United States being represented by Rachael Honig, Acting United States Attorney for the District of New Jersey (by Kendall Randolph, Special Assistant U.S. Attorney and V. Grady O'Malley, Senior Litigation Counsel, appearing); and the Defendant Thomas Manzo being represented by counsel (Amy Luria and Michael Critchley, appearing); and, counsel for the Government and Defendant, having met and conferred and having determined that this matter requires extensive discovery within the meaning of paragraph 4 of this Court's Standing Order; and counsel for both parties having agreed on a schedule for the filing and argument of pretrial motions; and the Court having accepted such schedule, and for good cause shown,

It is on this 7th day of June, 2021, ORDERED that:

1. The following shall be the schedule for pretrial motions in this matter, with the caveat that should the present COVID pandemic continue to impede the business operation of the parties and the Court, the Court and the parties can revisit the following dates:

2

a)  The Defendant shall file pretrial motions, pursuant to Federal Rules of Criminal Procedure 12(b) and 41(h), in the manner set forth in L. Civ. R. 7.1, on or before August 30, 2021.

b)  The Government shall file any response to the Defendant's pretrial motions on or before September 27, 2021.

c)  The Defendant shall file any reply on or before October 18, 2021.

d)  Oral argument on pretrial motions shall be held on 10/27/2021 at 10:00 a.m..

/s/ Kevin McNulty
_____
HONORABLE KEVIN MCNULTY
United States District Judge