## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Kevin McNulty |
| | : | |
| v. | : | Crim. No. 20-555 |
| | : | |
| | : | |
| THOMAS MANZO | : | |

## <u>SCHEDULING ORDER</u>

This matter having come before the Court for entry of a scheduling order; and the United States being represented by Rachael Honig, Acting United States Attorney for the District of New Jersey (by Kendall Randolph, Special Assistant U.S. Attorney and V. Grady O'Malley, Senior Litigation Counsel, appearing); and the Defendant Thomas Manzo being represented by counsel (Amy Luria and Michael Critchley, appearing); and, counsel for the Government and Defendant, having met and conferred and having determined that this matter requires extensive discovery within the meaning of paragraph 4 of this Court's Standing Order; and counsel for both parties having agreed on a schedule for the filing and argument of pretrial motions; and the Court having accepted such schedule, and for good cause shown,

It is on this 26th day of August, 2021, ORDERED that:

1.   The following shall be the schedule for pretrial motions in this matter, with the caveat that should the present COVID pandemic continue to impede the business operation of the parties and the Court, the Court and the parties can revisit the following dates:

a)   The Defendant shall file any and all pretrial motions, pursuant to Federal Rules of Criminal Procedure 12(b) and 41(h), in the manner set forth in L. Civ. R. 7.1, on or before January 14, 2022.

b)   The Government shall file any response to the Defendant's pretrial motions on or before February 11, 2022.

c)   The Defendant shall file any reply on or before February 25, 2022.

d)   Oral argument on pretrial motions shall be held on March 11, 2022, at 2:00 p.m.

11.   Pursuant to paragraphs 17 to 21 of the Standing Order, the Court shall, in consultation with the parties, schedule a final pretrial conference that will be held no sooner than two (2) weeks following the disposition of pretrial motions.

12.   The date of  May 9, 2022 is the date for trial.


/s/ Kevin McNulty
_____
HONORABLE KEVIN MCNULTY
United States District Judge