**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**
**VIA VIDEO/TELEPHONE CONFERENCE**

| | |
|---|---|
| **OFFICE:** NEWARK | **DATE:** November 2, 2021 |

**DISTRICT JUDGE** KEVIN MCNULTY
**COURT REPORTER:** RHEA C. VILLANTI

| | |
|---|---|
| **TITLE OF CASE:** | **DOCKET # 20-cr-555-02** |

UNITED STATES OF AMERICA
    vs.
THOMAS MANZO
    **DEFT. NOT PRESENT**

**APPEARANCES:**

V. Grady O'Malley, AUSA and Kendall R. Randolph, AUSA for Government
Michael D. Critchley, Esq. and Amy D. Luria, Esq. for Defendant Thomas Manzo
Observers: Alan Ornstein and Armando Suarez

**Nature of Proceedings**:   STATUS CONFERENCE

Status conference held regarding modification of the protective order.
Ordered parties to confer and come to an agreement.

**Time Commenced: 10:00**
**Time Adjourned: 10:30**
**Total Time: 30 Minutes**

                                                                               Nitza Creegan
                                                                               DEPUTY CLERK