## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Kevin McNulty |
| v. | Crim. No. 20-555 (KM) |
| THOMAS MANZO | **ORDER** |

THIS MATTER having been opened to the Court by Critchley, Kinum & Luria, LLC (Michael Critchley, Esq. appearing), attorneys for defendant Thomas Manzo, and **without objection** by the United States Attorney's Office, District of New Jersey (Assistant United States Attorney V. Grady O'Malley, Esq. appearing), and for good cause shown:

IT IS on this 17th day of May 2022,

ORDERED that the conditions of defendant Thomas Manzo's pretrial release are hereby MODIFIED to remove the $100,000.00 unsecured appearance bond and permit defendant Thomas Manzo's continued release upon the deposit of cash in the full amount of the $100,000.00 bail, via certified check made payable to Clerk, U.S. District Court.

　　　　　　　　　　　　　　 /s/ Kevin McNulty
　　　　　　　　　　　　　　THE HONORABLE KEVIN MCNULTY
　　　　　　　　　　　　　　United States District Judge

**Form and entry consented to:**

/s/ Michael Critchley
Michael Critchley, Esq.
Counsel for Thomas Manzo

/s/ V. Grady O'Malley
V. Grady O'Malley, Esq.
Assistant United States Attorney