## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Kevin McNulty |
| | : | |
| v. | : | Crim. No. 20-555-02 |
| | : | |
| THOMAS MANZO | : | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (by Kendall Randolph, Assistant United States Attorney), and defendant Thomas Manzo (by Amy Luria, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including December 8, 2022, to permit defense counsel the reasonable time necessary for effective preparation in this matter; and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c); and four prior continuances having been entered; and time having been excluded from the date of the defendant's arrest through June 1, 2021 pursuant to Standing Order 2020-12; and the defendant, through the defendant's attorney, having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1)   Taking into account the exercise of diligence, the facts of this case require that defense counsel be permitted a reasonable amount of additional time for effective preparation in this matter;

(2)   The defendant has consented to the aforementioned continuance;

(3)   The grant of a continuance likely will conserve judicial resources; and;

(4)   As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 8th day of August, 2022;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through and including December 8, 2022; and it is further

ORDERED that the period from the date this Order is signed through and including December 8, 2022, and shall be excludable in computing time under the Speedy Trial Act of 1974.

/s/ Kevin McNulty
HONORABLE KEVIN MCNULTY
United States District Judge

Form and entry consented to:

Kendall Randolph
Assistant U.S. Attorney


/s/Amy Luria
Amy Luria, Esq.
Counsel for Defendant