**CRITCHLEY, KINUM & LURIA, LLC**
75 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 422-9200; Fax: (973) 422-9700
*Attorneys for Defendant Thomas Manzo*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim Action No.: 20-555 (KM) |
| v. | |
| THOMAS MANZO | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on September 19, 2022, at 9:00 a.m. or as soon thereafter as counsel may be heard, counsel for Defendant Thomas Manzo, shall move before the Honorable Kevin McNulty, United District Court Judge, United States District Court, District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for entry of an Order withdrawing Michael Critchley, Esq., Amy Luria, Esq., and the law firm Critchley, Kinum & Luria, LLC from their representation of Thomas Manzo in the above-captioned matter.

**PLEASE TAKE FURTHER NOTICE** that in support of said motion, counsel for Mr. Manzo shall rely on the accompanying brief submitted *ex parte* and under seal.

Oral argument is requested if opposition to this motion is filed.

A proposed form of Order is submitted for the Court's convenience.

/s/ Michael Critchley
Michael Critchley, Esq.
**CRITCHLEY, KINUM & LURIA, LLC**
75 Livingston Avenue
Roseland, New Jersey 07068
(973) 422-9200

*Attorneys for Thomas Manzo*