**CRITCHLEY, KINUM & LURIA, LLC**
75 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 422-9200; Fax: (973) 422-9700
*Attorneys for Defendant Thomas Manzo*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No.: 20-555 (KM) |
| v. | |
| THOMAS MANZO | |

### [PROPOSED] ORDER

Having considered the motion to withdraw filed by Michael Critchley, Esq., Amy Luria, Esq. and Critchley, Kinum & Luria, LLC, it is hereby ORDERED that the motion to withdraw is granted, effective August __, 2022.

IT IS SO ORDERED.

Dated: _____        _____
                              Honorable Kevin McNulty
                              United States District Judge