# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Kevin McNulty |
| v. | Crim. No. 20-555 (KM) |
| THOMAS MANZO | **ORDER** |

THIS MATTER having been opened to the Court by Critchley, Kinum & Luria, LLC (Michael Critchley, Esq. appearing), attorneys for defendant Thomas Manzo, Motion for Withdrawl of Cousel as to defednat Thomas Manzo, and for good cause shown:

IT IS on this 1st day of September 2022,

ORDERED that the motion to withdraw as counsel for defendant is granted, and it is further

ORDERED that Mr. Manzo has 30 days from the date of this order to secure new counsel.

/s/ Cathy L. Waldor 9/1/22
THE HONORABLE Cathy L. Waldor
United States Magistrate Judge