# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>*Defendant* | MAGISTRATE JUDGE: _____<br><br>CASE NO._____<br><br>DATE OF PROCEEDINGS: _____<br><br>DATE OF ARREST: _____ |

**PROCEEDINGS:** _____

| | |
|---|---|
| COMPLAINT<br>ADVISED OF RIGHTS<br>ORDER OF DETENTION<br>APPT. OF COUNSEL: _____AFPD  _____CJA<br>PRELIMINARY HEARING WAIVED ON THE RECORD<br>CONSENT TO MAGISTRATE'S JURISDICTION<br>PLEA ENTERED: _____GUILTY  _____NOT GUILTY<br>PLEA AGREEMENT<br>RULE 11 FORM<br>FINANCIAL AFFIDAVIT EXECUTED<br>OTHER: _____ | TEMPORARY COMMITMENT<br>CONSENT TO DETENTION WITH RIGHT TO MAKE A<br>BAIL APPLICATION AT A LATER TIME<br>BAIL DENIED - DEFENDANT REMANDED TO CUSTODY<br>BAIL SET:_____<br>      UNSECURED BOND<br>      SURETY BOND SECURED BY CASH/PROPERTY<br>TRAVEL RESTRICTED_____<br>REPORT TO PRETRIAL SERVICES<br>DRUG TESTING AND/OR TREATMENT<br>MENTAL HEALTH TESTING AND/OR TREATMENT<br>SURRENDER AND/OR OBTAIN NO PASSPORT<br>SEE ORDER SETTING CONDITIONS OF RELEASE FOR<br>ADDITIONAL CONDITIONS |

**HEARING SET FOR:**

| | |
|---|---|
| PRELIMINARY/REMOVAL HRG.<br>DETENTION/BAIL HRG.<br>TRIAL: _____COURT  _____JURY<br>SENTENCING<br>OTHER:_____ | DATE:_____<br>DATE:_____<br>DATE:_____<br>DATE:_____<br>DATE:_____ |

**APPEARANCES:**

AUSA:_____

DEFT. COUNSEL:_____

PROBATION:_____

INTERPRETER_____
      Language:

-Def consents to hearing by video
-Defendant requests additional 30 days to secure new counsel, all parties in agreement.

TIME COMMENCED:_____
TIME TERMINATED:_____
CD NO:_____

_____TIM GORMAN_____
DEPUTY CLERK