<u>**NOT FOR PUBLICATION**</u>

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>THOMAS MANZO,<br><br>        Defendant. | Criminal Action No. 20-555 (SDW)<br><br>**ORDER**<br><br>February 22, 2024 |

**WIGENTON**, District Judge.

    **THIS MATTER** having come before this Court upon Defendant Thomas Manzo's ("Manzo") motion to dismiss (D.E. 91 ("Motion")) the Indictment (D.E. 1 ("Indictment")) for violation of the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, and this Court having reviewed the parties' submissions, for the reasons stated in this Court's Whereas Opinion dated February 22, 2024,

    **IT IS**, on this 22nd day of February 2024,

    **ORDERED** that Manzo's Motion is **GRANTED**, and the Indictment is **DISMISSED WITHOUT PREJUDICE**. The parties are advised that, in the event this matter is re-presented to a Grand Jury and an indictment is returned, the presently scheduled trial date of April 16, 2024, remains as set.

    **SO ORDERED**.

                                                    /s/ Susan D. Wigenton
                                        **SUSAN D. WIGENTON, U.S.D.J.**

Orig: Clerk
cc:    Parties